**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>SHELIA SMITH MEANS<br><br>Debtor(s) | Case No. 18-00737 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/10/2018.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 04/17/2018.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor:        $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Acceptance Now | Unsecured | 1,130.00 | NA | NA | 0.00 | 0.00 |
| Acceptance Now | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Acceptance Now | Secured | 1,130.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 712.76 | NA | NA | 0.00 | 0.00 |
| ARRY ENTERPRISES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ASF INTERNATIONAL | Unsecured | 136.30 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 532.63 | 532.63 | 532.63 | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 585.73 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF ADMINS | Unsecured | 0.00 | 4,036.71 | 4,036.71 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 11,480.60 | 13,939.20 | 13,939.20 | 0.00 | 0.00 |
| CITY OF HOMETOWN | Unsecured | 400.00 | 1,350.00 | 1,350.00 | 0.00 | 0.00 |
| COAST 2 COAST FINANCIAL | Unsecured | 311.00 | NA | NA | 0.00 | 0.00 |
| COLIN WILLIAMS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 876.87 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,000.00 | 511.34 | 4,511.34 | 0.00 | 0.00 |
| Convergent Outsourcing | Unsecured | 565.71 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY STATES ATTORNEY | Unsecured | 375.04 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE | Unsecured | 10,126.31 | 7,400.87 | 7,400.87 | 0.00 | 0.00 |
| CREDIT MANAGEMENT | Unsecured | 565.00 | NA | NA | 0.00 | 0.00 |
| CURTIS SANDERS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEVON FINANCIAL SERVICE | Unsecured | 371.50 | 371.50 | 371.50 | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS INC | Unsecured | 566.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 31,121.00 | NA | NA | 0.00 | 0.00 |
| FELT & LUKES | Unsecured | 1,247.36 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 310.82 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 657.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 978.76 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 311.00 | NA | NA | 0.00 | 0.00 |
| JOLIET JUNIOR COLLEGE | Unsecured | 3,247.36 | 6,582.76 | 6,582.76 | 0.00 | 0.00 |
| MILLENNIUM CREDIT CONSULTANT | Unsecured | 768.77 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CASSEL | Unsecured | NA | 5,958.00 | 5,958.00 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 0.00 | 8,677.53 | 8,677.53 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 594.30 | 1,367.31 | 1,367.31 | 0.00 | 0.00 |
| NIKO CREDIT SERVICE | Unsecured | 3,264.21 | NA | NA | 0.00 | 0.00 |
| NORTH STAR LOCATION SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| OSCAR SCOTT | Unsecured | 1,363.00 | NA | NA | 0.00 | 0.00 |
| OVERLAND BOND & INVESTMENT | Unsecured | 12,947.00 | 12,947.03 | 12,947.03 | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | 1,795.01 | 1,795.01 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PLANET FITNESS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD | Unsecured | 311.00 | 311.60 | 311.60 | 0.00 | 0.00 |
| PROFESSIONAL ACCT MGMT | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| RALPH NASH | Unsecured | 5,415.00 | NA | NA | 0.00 | 0.00 |
| RICHARD RZASA | Unsecured | 2,250.00 | NA | NA | 0.00 | 0.00 |
| SHARI KEDZIE INC | Unsecured | 392.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| SW CREDIT SYSTEM INC | Unsecured | 4,324.94 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 35,776.00 | NA | NA | 0.00 | 0.00 |
| US Dept of Education | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US Dept of Education | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VALUE AUTO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WANDER WLODZIMIERZ | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$69,781.49** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/21/2018        By: /s/ Tom Vaughn
                                                 Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**